**DWIGHT M. SAMUEL (CA BAR# 054486)**
A PROFESSIONAL CORPORATION
117 J Street, Suite 202
Sacramento, California 95814
916-447-1193

Attorney for Defendant
MILTON SANCHEZ GARCIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR.S-05-0230 WBS |
|      Plaintiff, ) | |
|       v.    ) | AMENDED PROPOSED<br>STIPULATION AND ORDER |
| MILTON SANCHEZ GARCIA, et al., ) | |
|      Defendants. ) | |

Defendants, through their respective counsel, and the United States of America, through Assistant U.S. Attorney Phillip Talbert, agree that the hearing for the Motion to Disclose Informant on October 5, 2005 be continued to October 12, 2005 at 9:00 a.m.

In addition, it is agreed that the court should find excludable time from the date of the filing of the motion to the date of courts ruling pursuant to local rule T-2, T-4.

Respectfully submitted,

DATED: October 3, 2005           _____/S/_____
                         DWIGHT M. SAMUEL
                         Attorney for Defendant
                         Milton Sanchez Garcia

DATED: October 3, 2005

_____/S/_____
Jeff Staniels
Defense Attorney for James Rodney Russell
 (Signed per Telephonic authorization)

DATED: October 3, 2005

_____/S/_____
Phillip Talbert
Assistant United States Attorney
(Signed per Telephonic authorization)

IT IS SO ORDERED.

DATED:  October 6, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE