**DWIGHT M. SAMUEL (CA BAR# 054486)**
A PROFESSIONAL CORPORATION
117 J Street, Suite 202
Sacramento, California 95814
916-447-1193

Attorney for Defendant
MILTON SANCHEZ GARCIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> MILTON SANCHEZ GARCIA, et al., ) <br> ) <br> Defendants. ) <br> _____) | NO. CR.S-05-0230 WBS <br><br> PROPOSED <br> STIPULATION AND ORDER |

   Defendants, through their respective counsel, and the United States of America, through Assistant U.S. Attorney Phillip Talbert, agree that the Judgement and Sentenceing hearing on February 2, 2006 at 2:00 p.m. be continued to March 2, 2006 at 2:00 p.m.

   In addition, it is agreed that the court should find excludable time from the date of the filing of the motion to the date of courts ruling pursuant to local rule T-2, T-4.

Respectfully submitted,

DATED: January 27, 2006          _____/S/_____
                                 DWIGHT M. SAMUEL
                                 Attorney for Defendant
                                 Milton Sanchez Garcia

1
2  DATED: January 27, 2006
3                                                      _____/S/_____
                                                         Phillip Talbert
4                                                        Assistant United States Attorney
                                                         (Signed per Telephonic authorization)
5
6
7        IT IS SO ORDERED.
8
9
10       DATED:  January 30, 2006
11
12
13                                                       WILLIAM B. SHUBB
                                                         UNITED STATES DISTRICT JUDGE
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                              2