**DWIGHT M. SAMUEL (CA BAR# 054486)**
A PROFESSIONAL CORPORATION
117 J Street, Suite 202
Sacramento, California 95814
916-447-1193

Attorney for Defendant
MILTON SANCHEZ GARCIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MILTON SANCHEZ GARCIA, et al., ) <br> ) <br> Defendants. ) <br> _____) | NO. CR.S-05-0230 WBS <br><br> PROPOSED STIPULATION <br> AND ORDER |

    Defendant, through counsel, and the United States of America, through Assistant U.S. Attorney Phillip Talbert, agree to move the March 30, 2006 sentencing hearing to April 26, 2006 at 9:00 a.m.

Respectfully submitted,

DATED: March 22, 2006     _____/S/_____
                                          DWIGHT M. SAMUEL
                                          Attorney for Defendant
                                          Milton Sanchez Garcia

DATED: March 22, 2006

_____/S/_____

Phillip Talbert

Assistant United States Attorney

(Signed per Telephonic authorization)

IT IS SO ORDERED.

DATED: March 22, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE